# EXHIBIT 1

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 3:00cv1290 | 9/21/2000 | 6/17/2015 | 5382 |
| 3:01cv1283 | 8/27/2001 | 8/27/2014 | 4748 |
| 1:02cv1118 | 7/22/2002 | 7/21/2015 | 4747 |
| 8:03cv1895 | 9/8/2003 | 8/5/2016 | 4715 |
| 1:00cv7898 | 10/17/2000 | 3/13/2013 | 4530 |
| 1:05cv5231 | 6/1/2005 | 10/16/2017 | 4520 |
| 2:02cv39 | 1/15/2002 | 2/27/2014 | 4426 |
| 2:01cv290 | 4/2/2001 | 9/13/2012 | 4182 |
| 3:01cv1027 | 6/6/2001 | 8/14/2012 | 4087 |
| 2:02cv808 | 1/28/2002 | 7/24/2012 | 3830 |
| 2:03cv914 | 10/16/2003 | 1/27/2014 | 3756 |
| 1:07cv22570 | 9/28/2007 | 10/16/2017 | 3671 |
| 8:05cv1090 | 8/11/2005 | 8/5/2015 | 3646 |
| 1:05cv1102 | 7/26/2005 | 5/5/2015 | 3570 |
| 1:08cv1260 | 3/3/2008 | 10/16/2017 | 3514 |
| 2:03cv1825 | 9/18/2003 | 4/24/2013 | 3506 |
| 1:08cv2224 | 4/18/2008 | 10/16/2017 | 3468 |
| 4:08cv11887 | 5/5/2008 | 10/16/2017 | 3451 |
| 1:08cv7104 | 8/11/2008 | 10/16/2017 | 3353 |
| 0:02cv60363 | 3/14/2002 | 5/6/2011 | 3340 |
| 1:02cv3901 | 5/22/2002 | 7/13/2011 | 3339 |
| 1:03cv1659 | 11/10/2003 | 11/9/2012 | 3287 |
| 1:08cv12 | 2/6/2008 | 1/19/2017 | 3270 |
| 1:06cv1171 | 5/17/2006 | 3/31/2015 | 3240 |
| 2:02cv431 | 5/2/2002 | 2/24/2011 | 3220 |
| 8:09cv87 | 1/21/2009 | 10/16/2017 | 3190 |
| 3:09cv298 | 2/17/2009 | 10/16/2017 | 3163 |
| 1:09cv1750 | 2/25/2009 | 10/16/2017 | 3155 |
| 1:09cv75 | 2/26/2009 | 10/16/2017 | 3154 |
| 6:09cv6056 | 3/2/2009 | 10/16/2017 | 3150 |
| 2:09cv665 | 3/11/2009 | 10/16/2017 | 3141 |
| 1:09cv1775 | 3/23/2009 | 10/16/2017 | 3129 |
| 4:00cv3904 | 11/7/2000 | 5/21/2009 | 3117 |
| 3:03cv80109 | 10/10/2003 | 4/10/2012 | 3105 |
| 1:06cv4859 | 9/8/2006 | 2/23/2015 | 3090 |
| 4:05cv472 | 12/7/2005 | 4/10/2014 | 3046 |
| 1:01cv4658 | 5/31/2001 | 9/30/2009 | 3044 |
| 0:09cv1750 | 7/8/2009 | 10/16/2017 | 3022 |
| 1:01cv9058 | 10/11/2001 | 1/8/2010 | 3011 |
| 1:03cv2182 | 3/27/2003 | 4/25/2011 | 2951 |
| 4:09cv3674 | 11/13/2009 | 10/16/2017 | 2894 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 3:09cv2304 | 12/3/2009 | 8/30/2017 | 2827 |
| 2:02cv581 | 4/3/2002 | 12/11/2009 | 2809 |
| 2:03cv1514 | 12/4/2003 | 8/2/2011 | 2798 |
| 2:09cv2901 | 4/24/2009 | 11/30/2016 | 2777 |
| 1:10cv1736 | 3/18/2010 | 10/16/2017 | 2769 |
| 1:05cv2192 | 2/16/2005 | 9/12/2012 | 2765 |
| 1:03cv5490 | 7/24/2003 | 1/26/2011 | 2743 |
| 3:09cv1465 | 8/6/2009 | 2/3/2017 | 2738 |
| 1:10cv457 | 4/20/2010 | 10/16/2017 | 2736 |
| 1:01cv116 | 2/26/2001 | 8/15/2008 | 2727 |
| 1:10cv2031 | 5/5/2010 | 10/16/2017 | 2721 |
| 2:09cv1634 | 4/17/2009 | 8/16/2016 | 2678 |
| 1:07cv4538 | 8/13/2007 | 12/11/2014 | 2677 |
| 1:02cv8626 | 10/29/2002 | 1/14/2010 | 2634 |
| 2:02cv1806 | 5/23/2002 | 7/14/2009 | 2609 |
| 3:02cv605 | 3/25/2002 | 1/6/2009 | 2479 |
| 4:07cv346 | 7/18/2007 | 4/10/2014 | 2458 |
| 2:05cv4403 | 9/12/2005 | 5/14/2012 | 2436 |
| 1:03cv813 | 2/5/2003 | 9/23/2009 | 2422 |
| 2:06cv4966 | 8/10/2006 | 3/27/2013 | 2421 |
| 8:09cv818 | 7/16/2009 | 2/23/2016 | 2413 |
| 8:08cv13 | 1/10/2008 | 7/17/2014 | 2380 |
| 1:01cv9056 | 10/11/2001 | 4/15/2008 | 2378 |
| 2:07cv919 | 4/5/2007 | 9/18/2013 | 2358 |
| 3:04cv521 | 3/11/2004 | 8/5/2010 | 2338 |
| 3:05cv283 | 4/7/2005 | 8/15/2011 | 2321 |
| 2:09cv1533 | 3/4/2009 | 7/10/2015 | 2319 |
| 1:04cv2322 | 3/24/2004 | 7/30/2010 | 2319 |
| 3:06cv793 | 5/3/2006 | 9/7/2012 | 2319 |
| 1:04cv8279 | 12/23/2004 | 4/12/2011 | 2301 |
| 3:02cv128 | 3/27/2002 | 7/8/2008 | 2295 |
| 1:08cv10791 | 12/11/2008 | 3/17/2015 | 2287 |
| 2:07cv1724 | 8/23/2007 | 11/26/2013 | 2287 |
| 9:03cv80612 | 7/8/2003 | 9/22/2009 | 2268 |
| 1:01cv1318 | 9/7/2001 | 11/13/2007 | 2258 |
| 0:09cv3333 | 11/23/2009 | 1/12/2016 | 2241 |
| 1:01cv1984 | 3/21/2001 | 4/26/2007 | 2227 |
| 1:01cv9057 | 10/11/2001 | 10/25/2007 | 2205 |
| 2:11cv8607 | 10/18/2011 | 10/16/2017 | 2190 |
| 3:07cv4975 | 9/26/2007 | 9/9/2013 | 2175 |
| 4:11cv655 | 10/14/2011 | 9/12/2017 | 2160 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 2:08cv667 | 7/10/2008 | 5/23/2014 | 2143 |
| 2:11cv1165 | 12/15/2011 | 10/16/2017 | 2132 |
| 1:02cv8855 | 11/7/2002 | 9/4/2008 | 2128 |
| 8:05cv1076 | 6/9/2005 | 3/31/2011 | 2121 |
| 1:09cv924 | 12/22/2009 | 10/7/2015 | 2115 |
| 1:12cv33 | 1/11/2012 | 10/16/2017 | 2105 |
| 1:11cv46 | 3/25/2011 | 12/30/2016 | 2107 |
| 2:12cv122 | 1/25/2012 | 10/16/2017 | 2091 |
| 2:04cv3604 | 7/30/2004 | 4/5/2010 | 2075 |
|  | 5/4/2005 | 12/28/2010 | 2064 |
| 2:12cv1065 | 3/5/2012 | 10/16/2017 | 2051 |
| 1:04cv2763 | 9/21/2004 | 3/25/2010 | 2011 |
| 1:09cv3125 | 4/1/2009 | 9/30/2014 | 2008 |
| 6:04cv112 | 1/27/2004 | 7/20/2009 | 2001 |
| 2:01cv5366 | 10/23/2001 | 4/12/2007 | 1997 |
| 5:06cv4107 | 9/14/2006 | 2/7/2012 | 1972 |
| 2:12cv887 | 5/24/2012 | 10/16/2017 | 1971 |
| 1:10cv513 | 5/3/2010 | 9/10/2015 | 1956 |
| 9:05cv80186 | 3/2/2005 | 7/7/2010 | 1953 |
| 5:08cv136 | 11/12/2008 | 3/13/2014 | 1947 |
| 2:12cv591 | 6/25/2012 | 10/16/2017 | 1939 |
| 2:09cv229 | 4/20/2009 | 8/4/2014 | 1932 |
| 3:09cv1355 | 6/24/2009 | 9/29/2014 | 1923 |
| 1:04cv354 | 2/27/2004 | 5/29/2009 | 1918 |
| 2:04cv2949 | 4/28/2004 | 7/28/2009 | 1917 |
| 0:06cv1213 | 3/29/2006 | 6/23/2011 | 1912 |
| 1:12cv1996 | 6/9/2012 | 8/15/2017 | 1893 |
| 1:01cv726 | 1/30/2001 | 3/30/2006 | 1885 |
| 3:12cv519 | 8/17/2012 | 10/16/2017 | 1886 |
| 2:08cv243 | 3/28/2008 | 5/14/2013 | 1873 |
| 4:11cv2830 | 8/1/2011 | 9/7/2016 | 1864 |
| 2:02cv153 | 1/23/2002 | 2/23/2007 | 1857 |
| 1:12cv3261 | 9/18/2012 | 10/16/2017 | 1854 |
| 1:12cv862 | 9/18/2012 | 10/16/2017 | 1854 |
| 1:06cv2431 | 10/11/2006 | 10/31/2011 | 1846 |
| 3:04cv2093 | 10/20/2004 | 11/3/2009 | 1840 |
| 3:06cv2136 | 11/17/2006 | 11/29/2011 | 1838 |
| 3:04cv2037 | 10/12/2004 | 10/22/2009 | 1836 |
| 3:08cv764 | 4/28/2008 | 4/23/2013 | 1821 |
| 1:12cv15062 | 11/15/2012 | 10/16/2017 | 1796 |
| 8:06cv866 | 4/4/2006 | 3/4/2011 | 1795 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 9:01cv8328 | 4/18/2001 | 3/8/2006 | 1785 |
| 0:11cv574 | 3/7/2011 | 1/14/2016 | 1774 |
| 5:09cv87 | 4/21/2009 | 2/11/2014 | 1757 |
| 3:03cv2781 | 11/17/2003 | 8/8/2008 | 1726 |
| 5:05cv351 | 5/2/2005 | 1/15/2010 | 1719 |
| 3:11cv45 | 1/19/2011 | 9/30/2015 | 1715 |
| 3:05cv1328 | 7/1/2005 | 3/10/2010 | 1713 |
| 8:03cv545 | 12/30/2003 | 9/9/2008 | 1715 |
| 1:03cv10762 | 4/24/2003 | 1/3/2008 | 1715 |
| 6:00cv1459 | 11/7/2000 | 7/5/2005 | 1701 |
| 2:11cv2079 | 3/21/2011 | 11/17/2015 | 1702 |
| 2:03cv63 | 1/21/2003 | 9/14/2007 | 1697 |
| 5:09cv22 | 3/6/2009 | 10/24/2013 | 1693 |
| 2:13cv344 | 2/28/2013 | 10/16/2017 | 1691 |
| 2:09cv12950 | 7/26/2009 | 3/6/2014 | 1684 |
| 1:04cv12415 | 11/12/2004 | 6/15/2009 | 1676 |
| 2:07cv235 | 4/11/2007 | 10/27/2011 | 1660 |
| 6:06cv183 | 2/16/2006 | 9/2/2010 | 1659 |
| 2:11cv7147 | 8/30/2011 | 2/24/2016 | 1639 |
| 1:11cv56 | 1/6/2011 | 6/30/2015 | 1636 |
| 1:06cv20975 | 4/17/2006 | 9/28/2010 | 1625 |
| 1:09cv4346 | 5/5/2009 | 9/30/2013 | 1609 |
| 2:09cv2325 | 4/3/2009 | 8/28/2013 | 1608 |
| 1:13cv1817 | 5/30/2013 | 10/16/2017 | 1600 |
| 2:10cv124 | 1/8/2010 | 5/20/2014 | 1593 |
| 1:01cv259 | 2/27/2001 | 7/8/2005 | 1592 |
| 3:11cv916 | 2/18/2011 | 6/12/2015 | 1575 |
| 1:00cv4975 | 12/28/2000 | 4/11/2005 | 1565 |
| 3:09cv1238 | 7/1/2009 | 9/23/2013 | 1545 |
| 2:07cv506 | 4/17/2007 | 7/8/2011 | 1543 |
| 1:07cv1439 | 2/28/2007 | 5/10/2011 | 1532 |
| 1:06cv1801 | 8/2/2006 | 10/5/2010 | 1525 |
| 1:02cv9046 | 11/13/2002 | 12/8/2006 | 1486 |
| 3:01cv116 | 11/19/2001 | 12/14/2005 | 1486 |
| 1:10cv115 | 1/8/2010 | 1/28/2014 | 1481 |
| 5:12cv2663 | 5/24/2012 | 5/27/2016 | 1464 |
| 2:13cv7553 | 10/15/2013 | 10/16/2017 | 1462 |
| 1:05cv8713 | 10/13/2005 | 9/3/2009 | 1421 |
| 1:12cv7125 | 9/6/2012 | 7/20/2016 | 1413 |
| 1:13cv1036 | 12/3/2013 | 10/16/2017 | 1413 |
| 1:09cv506 | 5/20/2009 | 3/27/2013 | 1407 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 1:07cv1353 | 3/30/2007 | 1/24/2011 | 1396 |
| 3:03cv1524 | 9/5/2003 | 6/29/2007 | 1393 |
| 3:01cv609 | 4/30/2001 | 2/15/2005 | 1387 |
| 2:10cv11633 | 4/22/2010 | 1/31/2014 | 1380 |
| 4:11cv2945 | 8/10/2011 | 5/18/2015 | 1377 |
| 1:00cv3169 | 12/1/2000 | 8/5/2004 | 1343 |
| 5:12cv3237 | 6/21/2012 | 2/16/2016 | 1335 |
| 8:07cv579 | 5/22/2007 | 1/12/2011 | 1331 |
| 3:02cv282 | 2/11/2002 | 9/22/2005 | 1319 |
| 3:01cv2189 | 10/31/2001 | 6/3/2005 | 1311 |
| 3:09cv1784 | 8/17/2009 | 3/18/2013 | 1309 |
| 1:09cv114 | 1/15/2009 | 8/7/2012 | 1300 |
| 2:14cv2334 | 3/27/2014 | 10/16/2017 | 1299 |
| 6:06cv137 | 2/2/2006 | 8/13/2009 | 1288 |
| 8:00cv1131 | 11/16/2000 | 5/21/2004 | 1282 |
| 7:13cv531 | 9/30/2013 | 3/31/2017 | 1278 |
| 1:07cv767 | 4/5/2007 | 9/29/2010 | 1273 |
| 2:14cv309 | 4/24/2014 | 10/16/2017 | 1271 |
| 1:01cv9059 | 10/11/2001 | 3/30/2005 | 1266 |
| 1:07cv10712 | 4/12/2007 | 9/30/2010 | 1267 |
| 2:06cv1018 | 2/21/2006 | 8/3/2009 | 1259 |
| 3:01cv496 | 3/21/2001 | 9/3/2004 | 1262 |
| 3:00cv30170 | 9/26/2000 | 3/5/2004 | 1256 |
| 1:04cv1227 | 2/13/2004 | 7/20/2007 | 1253 |
| 6:07cv608 | 4/12/2007 | 9/10/2010 | 1247 |
| 1:14cv3785 | 5/22/2014 | 10/16/2017 | 1243 |
| 0:11cv60702 | 4/1/2011 | 8/25/2014 | 1242 |
| 1:14cv1155 | 5/29/2014 | 10/16/2017 | 1236 |
| 3:12cv2164 | 9/4/2012 | 1/21/2016 | 1234 |
| 3:05cv416 | 3/2/2005 | 7/14/2008 | 1230 |
| 3:05cv415 | 3/2/2005 | 7/14/2008 | 1230 |
| 5:00cv21181 | 11/20/2000 | 3/31/2004 | 1227 |
| 1:06cv2360 | 3/27/2006 | 8/3/2009 | 1225 |
| 1:14cv1002 | 6/12/2014 | 10/16/2017 | 1222 |
| 1:10cv1333 | 5/3/2010 | 9/5/2013 | 1221 |
| 1:14cv3900 | 5/28/2014 | 9/29/2017 | 1220 |
| 2:03cv6908 | 9/25/2003 | 1/25/2007 | 1218 |
| 1:01cv4269 | 10/16/2001 | 2/7/2005 | 1210 |
| 3:09cv2222 | 11/20/2009 | 3/6/2013 | 1202 |
| 6:04cv537 | 12/8/2004 | 3/18/2008 | 1196 |
| 1:02cv1109 | 12/20/2002 | 3/30/2006 | 1196 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 1:12cv2296 | 7/2/2012 | 9/30/2015 | 1185 |
| 3:11cv882 | 4/28/2011 | 7/25/2014 | 1184 |
| 2:10cv14498 | 11/10/2010 | 1/31/2014 | 1178 |
| 4:13cv383 | 7/9/2013 | 9/29/2016 | 1178 |
| 3:01cv1048 | 6/26/2001 | 9/9/2004 | 1171 |
| 3:02cv2276 | 11/19/2002 | 2/1/2006 | 1170 |
| 6:07cv1920 | 12/5/2007 | 2/3/2011 | 1156 |
| 1:06cv3526 | 6/29/2006 | 8/25/2009 | 1153 |
| 1:06cv438 | 2/27/2006 | 4/10/2009 | 1138 |
| 2:14cv7249 | 9/17/2014 | 10/16/2017 | 1125 |
| 1:07cv1173 | 6/29/2007 | 7/28/2010 | 1125 |
| 7:00cv358 | 9/6/2000 | 10/1/2003 | 1120 |
| 1:01cv897 | 2/15/2001 | 2/24/2004 | 1104 |
| 3:02cv1389 | 7/21/2002 | 7/27/2005 | 1102 |
| 3:09cv407 | 3/4/2009 | 3/6/2012 | 1098 |
| 2:10cv3130 | 6/29/2010 | 6/27/2013 | 1094 |
| 2:14cv13902 | 10/9/2014 | 10/6/2017 | 1093 |
| 0:11cv723 | 3/24/2011 | 3/17/2014 | 1089 |
| 4:10cv912 | 3/19/2010 | 3/11/2013 | 1088 |
| 2:02cv6512 | 8/20/2002 | 8/9/2005 | 1085 |
| 5:01cv20626 | 7/9/2001 | 6/22/2004 | 1079 |
| 3:10cv551 | 6/2/2010 | 5/14/2013 | 1077 |
| 7:09cv50 | 3/26/2009 | 3/6/2012 | 1076 |
| 1:12cv4028 | 11/19/2012 | 10/28/2015 | 1073 |
| 4:14cv7 | 11/12/2014 | 10/16/2017 | 1069 |
| 3:09cv1809 | 9/28/2009 | 8/15/2012 | 1052 |
| 1:05cv190 | 3/17/2005 | 2/4/2008 | 1054 |
| 1:09cv2676 | 11/16/2009 | 9/26/2012 | 1045 |
| 9:07cv80802 | 9/5/2007 | 7/13/2010 | 1042 |
| 3:01cv1429 | 9/26/2001 | 7/26/2004 | 1034 |
| 1:10cv22078 | 6/24/2010 | 4/15/2013 | 1026 |
| 2:03cv9354 | 12/22/2003 | 10/4/2006 | 1017 |
| 3:15cv45 | 1/21/2015 | 10/16/2017 | 999 |
| 6:08cv1278 | 9/18/2008 | 6/8/2011 | 993 |
| 2:11cv357 | 4/18/2011 | 1/7/2014 | 995 |
| 4:01cv3732 | 10/31/2001 | 7/19/2004 | 992 |
| 2:04cv105 | 2/26/2004 | 11/14/2006 | 992 |
| 3:15cv226 | 2/4/2015 | 10/16/2017 | 985 |
| 2:02cv74634 | 11/21/2002 | 8/2/2005 | 985 |
| 5:07cv256 | 7/9/2007 | 3/18/2010 | 983 |
| 1:02cv20875 | 3/21/2002 | 11/29/2004 | 984 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 2:15cv98 | 2/11/2015 | 10/16/2017 | 978 |
| 2:09cv6223 | 8/26/2009 | 4/27/2012 | 975 |
| 5:05cv266 | 11/16/2005 | 7/16/2008 | 973 |
| 2:04cv686 | 5/5/2004 | 1/3/2007 | 973 |
| 3:09cv614 | 4/3/2009 | 11/30/2011 | 971 |
| 1:09cv1330 | 7/12/2009 | 3/2/2012 | 964 |
| 2:15cv1465 | 2/27/2015 | 10/16/2017 | 962 |
| 3:06cv1353 | 9/21/2006 | 5/4/2009 | 956 |
| 1:02cv324 | 2/21/2002 | 9/29/2004 | 951 |
| 1:08cv11 | 1/3/2008 | 7/28/2010 | 937 |
| 1:05cv1325 | 3/4/2005 | 9/19/2007 | 929 |
| 9:15cv80446 | 4/7/2015 | 10/16/2017 | 923 |
| 1:15cv659 | 4/22/2015 | 10/16/2017 | 908 |
| 3:13cv319 | 2/8/2013 | 7/31/2015 | 903 |
| 1:10cv4270 | 5/27/2010 | 11/15/2012 | 903 |
| 4:15cv53 | 5/5/2015 | 10/16/2017 | 895 |
| 1:15cv191 | 5/7/2015 | 10/16/2017 | 893 |
| 2:03cv1826 | 9/18/2003 | 2/27/2006 | 893 |
| 1:02cv22198 | 7/24/2002 | 12/28/2004 | 888 |
| 3:08cv2248 | 12/22/2008 | 5/25/2011 | 884 |
| 4:15cv338 | 5/14/2015 | 10/16/2017 | 886 |
| 1:01cv632 | 3/8/2001 | 8/1/2003 | 876 |
| 3:04cv542 | 9/9/2004 | 1/17/2007 | 860 |
| 8:15cv980 | 6/18/2015 | 10/16/2017 | 851 |
| 3:10cv425 | 3/2/2010 | 6/21/2012 | 842 |
| 3:06cv1611 | 9/5/2006 | 12/18/2008 | 835 |
| 2:06cv1944 | 5/8/2006 | 8/19/2008 | 834 |
| 3:15cv3101 | 7/6/2015 | 10/16/2017 | 833 |
| 5:04cv223 | 2/27/2004 | 6/5/2006 | 829 |
| 4:11cv1932 | 5/20/2011 | 8/27/2013 | 830 |
| 4:10cv2867 | 8/11/2010 | 11/9/2012 | 821 |
| 8:09cv1331 | 11/12/2009 | 2/9/2012 | 819 |
| 2:09cv224 | 3/11/2009 | 6/8/2011 | 819 |
| 1:09cv1748 | 2/25/2009 | 5/19/2011 | 813 |
| 0:04cv60573 | 5/3/2004 | 7/20/2006 | 808 |
| 1:15cv2401 | 8/13/2015 | 10/16/2017 | 795 |
| 2:06cv849 | 2/14/2006 | 4/17/2008 | 793 |
| 1:05cv20863 | 3/28/2005 | 5/31/2007 | 794 |
| 2:02cv2147 | 6/20/2002 | 8/20/2004 | 792 |
| 8:06cv172 | 2/16/2006 | 4/14/2008 | 788 |
| 9:01cv8220 | 3/15/2001 | 5/8/2003 | 784 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 2:15cv1350 | 8/24/2015 | 10/16/2017 | 784 |
| 2:03cv1862 | 9/24/2003 | 11/14/2005 | 782 |
| 6:12cv1415 | 9/17/2012 | 11/6/2014 | 780 |
| 1:05cv1031 | 4/14/2005 | 5/24/2007 | 770 |
| 2:10cv1689 | 3/9/2010 | 4/12/2012 | 765 |
| 1:01cv3085 | 4/30/2001 | 5/21/2003 | 751 |
| 1:12cv7094 | 9/20/2012 | 10/9/2014 | 749 |
| 2:15cv7425 | 9/28/2015 | 10/16/2017 | 749 |
| 5:04cv1386 | 11/3/2004 | 11/16/2006 | 743 |
| 3:07cv1994 | 11/30/2007 | 12/2/2009 | 733 |
| 8:07cv1022 | 9/6/2007 | 9/2/2009 | 727 |
| 3:04cv1742 | 5/4/2004 | 4/28/2006 | 724 |
| 2:02cv111 | 3/18/2002 | 3/12/2004 | 725 |
| 8:08cv473 | 5/1/2008 | 4/19/2010 | 718 |
| 1:02cv6926 | 9/27/2002 | 9/14/2004 | 718 |
| 1:15cv3904 | 11/10/2015 | 10/16/2017 | 706 |
| 5:15cv2387 | 11/19/2015 | 10/16/2017 | 697 |
| 2:15cv8173 | 11/20/2015 | 10/16/2017 | 696 |
| 1:02cv20858 | 3/19/2002 | 2/10/2004 | 693 |
| 9:02cv80457 | 5/16/2002 | 4/6/2004 | 691 |
| 8:10cv18 | 1/7/2010 | 11/22/2011 | 684 |
| 2:10cv11891 | 5/11/2010 | 3/22/2012 | 681 |
| 1:02cv5497 | 7/17/2002 | 5/28/2004 | 681 |
| 5:09cv9 | 1/20/2009 | 11/30/2010 | 679 |
| 3:08cv499 | 3/21/2008 | 1/25/2010 | 675 |
| 9:08cv81565 | 12/29/2008 | 10/21/2010 | 661 |
| 1:06cv1354 | 12/4/2006 | 9/17/2008 | 653 |
| 1:15cv2301 | 10/16/2015 | 7/26/2017 | 649 |
| 8:09cv399 | 4/2/2009 | 1/12/2011 | 650 |
| 9:06cv81080 | 11/21/2006 | 8/27/2008 | 645 |
| 3:03cv2661 | 10/30/2003 | 8/1/2005 | 641 |
| 9:01cv8862 | 9/28/2001 | 6/26/2003 | 636 |
| 2:16cv40 | 1/19/2016 | 10/16/2017 | 636 |
| 3:16cv172 | 1/21/2016 | 10/16/2017 | 634 |
| 3:01cv2542 | 12/3/2001 | 8/18/2003 | 623 |
| 1:01cv10751 | 5/2/2001 | 1/14/2003 | 622 |
| 9:05cv80779 | 8/25/2005 | 5/3/2007 | 616 |
| 1:00cv466 | 12/15/2000 | 8/21/2002 | 614 |
| 7:01cv186 | 12/27/2001 | 9/2/2003 | 614 |
| 4:09cv418 | 8/25/2009 | 4/26/2011 | 609 |
| 2:05cv107 | 4/7/2005 | 12/4/2006 | 606 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 1:02cv5762 | 8/13/2002 | 4/8/2004 | 604 |
| 1:07cv954 | 2/9/2007 | 9/30/2008 | 599 |
| 5:01cv999 | 6/28/2001 | 2/18/2003 | 600 |
| 4:03cv1133 | 4/3/2003 | 11/22/2004 | 599 |
| 3:16cv438 | 3/10/2016 | 10/16/2017 | 585 |
| 1:16cv344 | 3/11/2016 | 10/16/2017 | 584 |
| 2:08cv566 | 5/6/2008 | 12/8/2009 | 581 |
| 2:13cv1629 | 3/7/2013 | 10/8/2014 | 580 |
| 2:06cv779 | 6/26/2006 | 1/23/2008 | 576 |
| 3:16cv1386 | 3/22/2016 | 10/16/2017 | 573 |
| 3:08cv174 | 3/19/2008 | 10/13/2009 | 573 |
| 3:04cv1573 | 7/20/2004 | 2/8/2006 | 568 |
| 1:07cv2022 | 4/12/2007 | 10/24/2008 | 561 |
| 3:10cv4493 | 9/2/2010 | 3/13/2012 | 558 |
| 1:09cv68 | 2/18/2009 | 8/26/2010 | 554 |
| 1:03cv1496 | 7/9/2003 | 1/14/2005 | 555 |
| 2:16cv2594 | 4/15/2016 | 10/16/2017 | 549 |
| 3:04cv2295 | 11/16/2004 | 5/17/2006 | 547 |
| 4:16cv237 | 4/21/2016 | 10/16/2017 | 543 |
| 9:12cv81033 | 9/24/2012 | 3/19/2014 | 541 |
| 5:15cv1792 | 9/3/2015 | 2/27/2017 | 543 |
| 1:02cv23487 | 12/6/2002 | 5/28/2004 | 539 |
| 9:02cv80456 | 5/16/2002 | 11/3/2003 | 536 |
| 0:10cv1207 | 4/8/2010 | 8/31/2011 | 510 |
| 4:09cv75 | 2/26/2009 | 7/19/2010 | 508 |
| 3:16cv1417 | 5/24/2016 | 10/16/2017 | 510 |
| 8:16cv974 | 5/26/2016 | 10/16/2017 | 508 |
| 2:13cv1658 | 9/11/2013 | 1/27/2015 | 503 |
| 2:05cv5691 | 8/4/2005 | 12/20/2006 | 503 |
| 3:16cv285 | 6/2/2016 | 10/16/2017 | 501 |
| 1:16cv21301 | 4/12/2016 | 8/23/2017 | 498 |
| 2:02cv2089 | 5/2/2002 | 9/12/2003 | 498 |
| 0:16cv1877 | 6/7/2016 | 10/16/2017 | 496 |
| 9:07cv80838 | 9/13/2007 | 1/13/2009 | 488 |
| 3:16cv1735 | 6/24/2016 | 10/16/2017 | 479 |
| 3:04cv605 | 3/23/2004 | 7/12/2005 | 476 |
| 1:01cv344 | 2/15/2001 | 5/22/2002 | 461 |
| 5:04cv4006 | 1/23/2004 | 4/20/2005 | 453 |
| 1:01cv369 | 1/30/2001 | 4/24/2002 | 449 |
| 2:16cv832 | 7/26/2016 | 10/16/2017 | 447 |
| 1:03cv20048 | 1/10/2003 | 3/24/2004 | 439 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 5:02cv1229 | 11/14/2002 | 1/28/2004 | 440 |
| 0:14cv60954 | 4/23/2014 | 6/26/2015 | 429 |
| 8:10cv849 | 6/15/2010 | 8/12/2011 | 423 |
| 9:00cv9028 | 11/15/2000 | 1/7/2002 | 418 |
| 2:07cv4507 | 7/12/2007 | 9/3/2008 | 419 |
| 1:01cv11282 | 12/10/2001 | 1/27/2003 | 413 |
| 8:00cv960 | 10/3/2000 | 11/16/2001 | 409 |
| 6:07cv609 | 4/12/2007 | 5/23/2008 | 407 |
| 6:06cv6353 | 7/14/2006 | 8/24/2007 | 406 |
| 2:02cv6695 | 8/27/2002 | 10/7/2003 | 406 |
| 1:02cv1221 | 6/19/2002 | 7/17/2003 | 393 |
| 4:16cv253 | 9/23/2016 | 10/16/2017 | 388 |
| 3:03cv4593 | 10/10/2003 | 11/2/2004 | 389 |
| 1:16cv9295 | 9/27/2016 | 10/16/2017 | 384 |
| 0:15cv60082 | 1/15/2015 | 2/2/2016 | 383 |
| 2:05cv6121 | 8/22/2005 | 9/7/2006 | 381 |
| 2:02cv9889 | 12/30/2002 | 1/15/2004 | 381 |
| 5:04cv1743 | 5/4/2004 | 5/12/2005 | 373 |
| 1:06cv22414 | 9/25/2006 | 10/2/2007 | 372 |
| 1:06cv938 | 4/18/2006 | 4/20/2007 | 367 |
| 1:08cv3097 | 10/2/2008 | 9/24/2009 | 357 |
| 3:09cv2610 | 11/19/2009 | 11/8/2010 | 354 |
| 1:16cv24678 | 11/8/2016 | 10/16/2017 | 342 |
| 1:07cv20320 | 2/7/2007 | 1/10/2008 | 337 |
| 1:00cv558 | 12/5/2000 | 10/30/2001 | 329 |
| 9:04cv80021 | 1/14/2004 | 12/6/2004 | 327 |
| 0:06cv542 | 2/9/2006 | 12/29/2006 | 323 |
| 0:09cv61716 | 10/28/2009 | 9/16/2010 | 323 |
| 9:02cv80331 | 4/15/2002 | 2/28/2003 | 319 |
| 4:10cv613 | 11/9/2010 | 9/16/2011 | 311 |
| 9:10cv80737 | 6/22/2010 | 4/25/2011 | 307 |
| 2:09cv2302 | 5/14/2009 | 3/16/2010 | 306 |
| 1:16cv6848 | 12/19/2016 | 10/16/2017 | 301 |
| 8:16cv2257 | 12/27/2016 | 10/16/2017 | 293 |
| 8:01cv1151 | 6/15/2001 | 4/2/2002 | 291 |
| 1:09cv324 | 4/27/2009 | 2/3/2010 | 282 |
| 1:01cv645 | 4/10/2001 | 1/15/2002 | 280 |
| 1:05cv5808 | 6/22/2005 | 3/24/2006 | 275 |
| 3:17cv223 | 1/17/2017 | 10/16/2017 | 272 |
| 2:17cv393 | 1/20/2017 | 10/16/2017 | 269 |
| 1:07cv22204 | 8/23/2007 | 5/19/2008 | 270 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 2:09cv2974 | 4/28/2009 | 1/19/2010 | 266 |
| 1:17cv632 | 1/27/2017 | 10/16/2017 | 262 |
| 2:09cv676 | 4/2/2009 | 12/18/2009 | 260 |
| 3:17cv155 | 2/2/2017 | 10/16/2017 | 256 |
| 1:11cv21549 | 5/3/2011 | 1/10/2012 | 252 |
| 3:17cv420 | 2/14/2017 | 10/16/2017 | 244 |
| 8:03cv1213 | 4/23/2003 | 12/8/2003 | 229 |
| 4:07cv786 | 8/31/2007 | 4/9/2008 | 222 |
| 2:09cv3410 | 5/14/2009 | 12/14/2009 | 214 |
| 1:17cv21033 | 3/20/2017 | 10/16/2017 | 210 |
| 1:09cv6829 | 8/3/2009 | 2/24/2010 | 205 |
| 7:05cv8376 | 9/29/2005 | 4/19/2006 | 202 |
| 9:04cv80025 | 1/14/2004 | 7/30/2004 | 198 |
| 1:03cv23198 | 12/2/2003 | 6/17/2004 | 198 |
| 4:17cv321 | 4/13/2017 | 10/16/2017 | 186 |
| 0:15cv62323 | 11/3/2015 | 4/25/2016 | 174 |
| 6:04cv1275 | 8/23/2004 | 2/8/2005 | 169 |
| 2:09cv4007 | 6/4/2009 | 11/16/2009 | 165 |
| 4:09cv256 | 5/11/2009 | 10/15/2009 | 157 |
| 4:17cv336 | 5/15/2017 | 10/16/2017 | 154 |
| 8:04cv351 | 3/25/2004 | 8/26/2004 | 154 |
| 1:09cv683 | 2/3/2009 | 7/2/2009 | 149 |
| 2:13cv7236 | 9/30/2013 | 2/26/2014 | 149 |
| 2:06cv3799 | 6/16/2006 | 11/1/2006 | 138 |
| 1:08cv10617 | 12/8/2008 | 4/22/2009 | 135 |
| 0:01cv7834 | 12/5/2001 | 4/18/2002 | 134 |
| 2:03cv2138 | 5/6/2003 | 9/18/2003 | 135 |
|  | 9/17/2001 | 1/22/2002 | 127 |
| 2:17cv4347 | 6/12/2017 | 10/16/2017 | 126 |
| 3:07cv926 | 5/23/2007 | 9/21/2007 | 121 |
| 1:02cv20953 | 3/27/2002 | 7/24/2002 | 119 |
| 1:17cv4686 | 6/22/2017 | 10/16/2017 | 116 |
| 2:14cv396 | 4/29/2014 | 8/21/2014 | 114 |
| 0:01cv6369 | 3/9/2001 | 6/21/2001 | 104 |
| 0:02cv61691 | 12/2/2002 | 3/6/2003 | 94 |
| 4:01cv720 | 2/28/2001 | 6/1/2001 | 93 |
| 4:02cv830 | 10/29/2002 | 1/29/2003 | 92 |
| 1:14cv3030 | 9/22/2014 | 12/18/2014 | 87 |
| 2:09cv63 | 1/7/2009 | 3/31/2009 | 83 |
| 1:06cv6421 | 11/22/2006 | 2/12/2007 | 82 |
| 9:14cv80468 | 4/7/2014 | 6/17/2014 | 71 |

SEC / Receivership Case Duration
January 2000 - October 2017

| Case Number | Date Filed | Date Closed | Number of Days Between Date Filed and Date Closed |
|---|---|---|---|
| 3:06cv1097 | 6/21/2006 | 9/1/2006 | 72 |
| 5:06cv75 | 1/20/2006 | 3/23/2006 | 62 |
| 5:06cv74 | 1/20/2006 | 3/23/2006 | 62 |
| 1:00cv3909 | 10/13/2000 | 12/13/2000 | 61 |
| 1:00cv7623 | 12/5/2000 | 1/31/2001 | 57 |
| 2:09cv1947 | 3/23/2009 | 5/12/2009 | 50 |
| 3:07cv221 | 2/5/2007 | 3/23/2007 | 46 |
| 1:14cv1420 | 5/9/2014 | 6/26/2014 | 48 |
| 1:15cv9764 | 12/15/2015 | 1/27/2016 | 43 |
| 1:10cv215 | 1/12/2010 | 2/24/2010 | 43 |
| 4:06cv9 | 1/4/2006 | 2/9/2006 | 36 |
| 1:07cv23167 | 12/6/2007 | 1/9/2008 | 34 |
| 1:01cv28 | 1/4/2001 | 2/5/2001 | 32 |
| 6:09cv398 | 9/8/2009 | 10/8/2009 | 30 |
| 1:09cv6068 | 8/29/2009 | 9/29/2009 | 31 |
| Average number of Days from Date File to Date Closed | | | 1283 |