UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINGSLEY EZEUDE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC., et al.,<br><br>        Defendants. | Case No. 17-CV-02558-LHK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY ORDER STAYING CASE**<br><br>Re: Dkt. No. 60 |

Plaintiffs' unopposed motion to clarify the Court's November 15, 2017 stay order is GRANTED. Plaintiffs may continue to pursue the enforcement of the subpoenas for documents that Plaintiffs previously issued to Ernest Ganz, SMI Group, LLC, Simons Investment Company, and David Baker.

**IT IS SO ORDERED.**

Dated: January 9, 2018

                                                            _____<br>
                                                            LUCY H. KOH<br>
                                                            United States District Judge